```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

UNITED STATES,
        Plaintiff,

v.                                       CASE NO. 16-276-WS

RYAN SCOTT BURKHARDT
        Defendant,

## REQUEST FOR EXTENSION OF TIME

COMES NOW the undersigned and requests and extension of time within which to file objections to the PSR and as grounds for said request would state that he is presently incapacitated with food poisoning. An extension until July 17, 2017 is requested.

                                                 s/DOMINGO SOTO
                                                 Domingo Soto
                                                 SOTOD0690
                                                 MADDEN & SOTO
                                                 Attorney for RYAN SCOTT BURKHARDT
                                                 465 Dauphin Street
                                                 Mobile, Alabama  36602
                                                 251-432-0380 (voice)
                                                 251-865-7686 (mobile)
                                                 251-433-5964 (fax)
                                                 Soto@maddenandsoto.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this July 13, 2017 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Gloria A. Bedwell
63 S. Royal St., Rm. 600
Mobile Al. 36602
251-441-5845
251-441-5277
gloria.bedwell@usdoj.gov
Party Represented:
United States

1